IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ABIGAIL HOWE,

    Plaintiff,

v.

RECEIVABLES PERFORMANCE MANAGEMENT LLC,

    Defendants.
_____/

No. 10-04995  EDL

**ORDER GRANTING APPLICATION TO APPEAR TELEPHONICALLY**

On February 10, 2011, Defendant's counsel filed a request to appear telephonically at the initial case management conference set for February 16, 2011 at 4:15 p.m. Good cause appearing, IT IS HEREBY ORDERED that the Request is GRANTED. Counsel shall stand by beginning at the date and time above until called by the Court. No later than two Court days prior, the parties shall call the Court's courtroom deputy at 415-522-3694 to provide the Court with a direct dial number to call on for this appearance.

Dated: February 11, 2011

                                            _____
                                            ELIZABETH D. LAPORTE
                                            United States Magistrate Judge